# LAW OFFICES OF WILLIAM M. McCARTHY

ATTORNEYS AND COUNSELORS AT LAW
60 SOUTH SWAN STREET
ALBANY, NY 12210
TELEPHONE (518) 434-6141
FACSIMILE (518) 434-6140
Email: william.mccarthy@7trustee.net

July 22, 2011

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, New York 12207

RE:   Bankruptcy Estate of **Barbara M. Mastroianni**
      Bankruptcy No. **09-14873** - Chapter 7

Dear Clerk:

Enclosed please find our Trustee's check number 110 in the sum of $67.64 representing funds uncashed after the 90 day period in the above captioned bankruptcy estate. This check replaces the following check(s):

Check No.107 in the amount of $67.64 payable to Trustco Bank, c/o Overton, Russell, Doerr & Donovan, 19 Halfmoon Executive Park Drive, Clifton Park, NY dated April 15, 2011.

Thank you.

Very truly yours,

William M. McCarthy

WMM/dvo
Enc.